Honorable Judge Berg,

Your honor, I would like to start off by saying thank you for all you've done regarding my case & for your compassion & genuine concern for my well being. You have helped me see how my mental health & struggle with addiction affects my decision making. Since being sentenced, I have made some tough but much needed decisions about the direction of my life & cutting out some of my main triggers such as people, places, & things. I am confident that I will accomplish many things in my future & that I will be a testimony to help those still struggling.

I would also like to request your consideration for an early release/ammended sentence. I ask this for two reasons. One of which being that on April 16th I was served with a petition for adoption of my 7 year old daughter. I have made many mistakes in

my life but I feel as though I am truly at a turning point in my life & would like a fair chance to obtain legal aid & fight for my daughter while also protecting the bond that we share. The petition states that my consent is not needed due to lack of contact & financial support in the past year. However, I can prove otherwise & would like to be able to present my case through proper evidence & facts. I am unable to do that while in here. I can't just let my child slip away. I would like the oppurtunity to prove to the courts that I am in fact a "fit" mother.

    I am also requesting this in light of the COVID-19 pandemic. I suffer from asthma, liver disease (attacking not only my liver but also my bloodstream & immune system), a history of respiratory illnesses such as bronchitis, &

was recently hospitalized with pneumonia. I also have not recieved any sort of methadone treatment since being incarcerated & have been sick. All of which making me more susceptible to the Corona Virus. I know I must accept the consequence of my poor decision & that this isn't supposed to be comfortable for me but I feel that I would be safer in Ohio at a Halfway House or Rehab where I am able to get the proper care I need regarding methadone/substance abuse & mental health treatment as well as treatment for my medical issues & potentially COVID-19, should I contract it. I am worried as Michigan is the 3rd leading state with the most cases.

I am not trying to "get out" of having to serve my sentence. Regardless of what I want, this is what

I need to get my mind, my health, & my life back on track. I am just asking that I would be allowed to do that in a place where I can truly get the help I need.

  I appreciate your time & consideration on this matter.

    Sincerely,
    Amber Dargartz

Amber Dougarts
#2985004  cell-B15
Sanilac Co. Jail
45 N. Elk St.
Sandusky, MI
48471

Honorable Judge Terrence Berg
231 W. Lafayette
Detroit MI
48226

THIS MAIL ORIGINATED
FROM THE
SANILAC COUNTY JAIL

US MARSHALS